UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:08-cv-1133 |
| v. ) | |
| ) | JUDGE NIXON |
| $20,000 United States Currency, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF DEFAULT

It appearing that the Verified Complaint *In Rem* was filed in this case on November 25, 2008, that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the defendant property on January 6, 2009; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon Henry W. Russell and Karl E. Pulley, his attorney, on December 1, 2008, and that publication of the Notice of Judicial Forfeiture Proceedings was made via internet publication for 30 consecutive days beginning on November 28, 2008; that an out of time claim was filed on January 4, 2009; that a Motion to Strike was filed on February 18, 2009; that on February 23, 2009, claimant relinquished his claim; and that no other person or entity has made a Verified Claim to the defendant property or otherwise appeared in this action.

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to Henry Wayne Russell, and all persons and entities who may have an interest in defendant property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this _21_ day of May, 2009.

KEITH THROCKMORTON, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

By      s/ Keith Throckmorton
Clerk